# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 21, 2025

_____

### INITIAL FEE NOTICE IN
### CIVIL, HABEAS & 2255 CASES

_____

No. 25-2407,    Marlon Boykin v. IRS
　　　　　　　　7:25-mc-00003-RJ


**DUE DATE: December 22, 2025**

TO: Marlon Dwayne Boykin

According to the district court docket, the filing fee of **$605** for this appeal has not been paid to the district court and you have not been granted leave to proceed in forma pauperis. The filing fee must be paid to the Clerk, U.S. District Court by the due date shown above. Failure to comply will cause this court to initiate the process set forth in Local Rule 45 to dismiss the appeal for failure to prosecute.

T. Barton, Deputy Clerk
804-916-2702