IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| MARLON DWAYNE BOYKIN, ) | |
| ) | |
| Plaintiff-Appellant ) | |
| ) | |
| v. ) | No. 25-2407 |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant-Appellee ) | |
| ) | |
| ) | |
| ) | |

**APPELLEE'S MOTION TO SUSPEND BRIEFING**

Appellee Internal Revenue Service requests that this Court suspend briefing (*see* L.R. 27(f)(3)) pending the Court's disposition of the IRS's motion to dismiss this appeal for lack of jurisdiction, filed on December 10, 2025. Under this Court's current informal briefing order, taxpayer Marlon Dwayne Boykin's opening brief was due on December 15, 2025. Boykin's brief has yet to be filed as of this motion. The IRS's response brief, if any, is due within 14 days of service of Boykin's brief. As set forth in its motion to dismiss, it is the IRS's position that jurisdiction in this appeal is lacking, thus briefing is unnecessary.

- 2 -

WHEREFORE, the IRS requests that this Court suspend briefing pending its disposition of the Service's motion to dismiss.

Respectfully submitted,

*/s/ Samuel P. Jones*
SAMUEL P. JONES
Attorney
Civil Division
Tax Litigation Branch
U.S. Department of Justice
Washington, D.C. 20044
(202) 616-9085

December 18, 2025

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

No. 25-2407    Caption: Marlon Dwayne Boykin v. Internal Revenue Service

### CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT
Type-Volume Limit, Typeface Requirements, and Type-Style Requirements

> **Type-Volume Limit for Briefs if Produced Using a Computer:** Appellant's Opening Brief, Appellee's Response Brief, and Appellant's Response/Reply Brief may not exceed 13,000 words or 1,300 lines. Appellee's Opening/Response Brief may not exceed 15,300 words or 1,500 lines. A Reply or Amicus Brief may not exceed 6,500 words or 650 lines. Amicus Brief in support of an Opening/Response Brief may not exceed 7,650 words. Amicus Brief filed during consideration of petition for rehearing may not exceed 2,600 words. Counsel may rely on the word or line count of the word processing program used to prepare the document. The word-processing program must be set to include headings, footnotes, and quotes in the count. Line count is used only with monospaced type. See Fed. R. App. P. 28.1(e), 29(a)(5), 32(a)(7)(B) & 32(f).

> **Type-Volume Limit for Other Documents if Produced Using a Computer:** Petition for permission to appeal and a motion or response thereto may not exceed 5,200 words. Reply to a motion may not exceed 2,600 words. Petition for writ of mandamus or prohibition or other extraordinary writ may not exceed 7,800 words. Petition for rehearing or rehearing en banc may not exceed 3,900 words. Fed. R. App. P. 5(c)(1), 21(d), 27(d)(2) & 40(d)(3).

> **Typeface and Type Style Requirements:** A proportionally spaced typeface (such as Times New Roman) must include serifs and must be 14-point or larger. A monospaced typeface (such as Courier New) must be 12-point or larger (at least 10½ characters per inch). Fed. R. App. P. 32(a)(5), 32(a)(6). Sans-serif type, such as Arial, may not be used except in captions and headings.

This brief or other document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

[✓] this brief or other document contains __161__ [*state number of*] words

[ ] this brief uses monospaced type and contains _____ [*state number of*] lines

This brief or other document complies with the typeface and type style requirements because:

[✓] this brief or other document has been prepared in a proportionally spaced typeface using __Word for Microsoft 365__ [*identify word processing program*] in __Century Schoolbook 14__ [*identify font, size, and type style*];

**or**

[ ] this brief or other document has been prepared in a monospaced typeface using _____ [*identify word processing program*] in _____ [*identify font, size, and type style*].

**NOTE:** The Court's preferred typefaces are Times New Roman, Century Schoolbook, and Georgia. The Court discourages the use of Garamond.

(s) /s/ Samuel P. Jones

Party Name: Internal Revenue Service    Date: 12/18/2025

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 18th day of December, 2025, this motion was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I further certify that, on the same date, this motion was sent by U.S. mail to the following person at the address below:

    Marlon Dwayne Boykin
    1343 First Street NW
    Washington, D.C. 20001

*/s/ Samuel P. Jones*
SAMUEL P. JONES
Attorney