FILED: December 18, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-2407
(7:25-mc-00003-RJ)

_____

MARLON DWAYNE BOYKIN

    Plaintiff - Appellant

v.

INTERNAL REVENUE SERVICE

    Defendant - Appellee

_____

O R D E R

_____

The court denies the motion to suspend the informal briefing schedule in this case.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk