

                               **U.S. Department of Justice**
                               Civil Division
                               Tax Litigation Branch

| | |
|---|---|
| *Telephone No.(202) 514-3361* | *Please reply to: Appellate Section* |
| *Facsimile No. (202) 514-8456* | *P.O. Box 502* |
| *Appellate.Taxcivil@usdoj.gov* | *Washington, D.C. 20044* |

RJWille:ra
DJ # 5-54-3768
CMN 2026100142

                                       January 12, 2026

Nwamaka Anowi, Clerk of Court
Lewis F. Powell, Jr. United States Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

         Re:    Boykin v. Internal Revenue Service
                  (4th Cir – No. 25-2407)

Dear Ms. Anowi:

      I am writing to advise that the United States intends to waive the filing of an answering brief in this case. As explained in the United States motion to dismiss (Doc. 8), this Court lacks appellate jurisdiction over this matter because the order from which Mr. Boykin appeals—issued by a magistrate judge to whom the parties did not consent and whose order was not adopted by a district judge—is not appealable, and this case should be dismissed.

                                    Sincerely yours,

                                    /s/ *Robert J. Wille*

                                    ROBERT J. WILLE
                                    Attorney, Appellate Section

-2-

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of January, 2025, this motion was filed with the Clerk of the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. I further certify that, on the same date, this motion was sent by U.S. mail to the following person at the address below:

Marlon Dwayne Boykin
1343 First Street NW
Washington, D.C. 20001

                      */s/ Robert J. Wille*
                        ROBERT J. WILLE
                            Attorney

14938806.1