FILED: October 13, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-2407
(7:25-mc-00003-RJ)

---

MARLON DWAYNE BOYKIN

Plaintiff - Appellant

v.

INTERNAL REVENUE SERVICE

Defendant - Appellee

---

O R D E R

---

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wynn, Judge Harris, and Senior Judge Floyd.

For the Court

/s/ Nwamaka Anowi, Clerk